(November 22, 1955.)

Hohenberg Co., Inc., Appellant, v. Filaine Filature des Alpilles Societe Anonyme, Defendant, and Societe Marseillaise de Credit, Respondent.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

The People of the State of New York v. Mario Puma.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

The People of the State of New York v. Edgar Newton, Jr.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

The People of the State of New York v. Nicholas J. Marinaccio.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

The People of the State of New York v. Constantine La Peter.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

The People of the State of New York v. John Gonzales.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

The People of the State of New York v. Vincent Gugliemelli.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

The People of the State of New York v. Louis Macchiaroli.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

The People of the State of New York v. Clarence Martinez.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

Howard Bradler, Doing Business under the Name of New York Heating Co., v. Arnold Migliaccio Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.

Caroline Wenzel v. Anton Wenzel, as Executrix of William Wenzel, Deceased, et al.— Concur — Breitel, J. P., Bastow, Botein and Rabin, JJ.